**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

VIVIAN L. MEDINILLA
JUDGE

LEONARD L. WILLIAMS JUSTICE CENTER
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DE 19801-3733
TELEPHONE (302) 255-0626

December 18, 2019

Bernard Woods
111 Schaffer Blvd
New Castle, DE 19720

      **Re:**    *State of Delaware v. Bernard Woods*
             <u>**Case ID: 0708031045**</u>

Mr. Woods:

On July 25, 2019, the Court received the State's Response opposing your Motion for Reduction of Sentence and Request for Compassionate Conditional Release.[1] You filed a Reply on September 3, 2019, asking this Court to modify your Level IV probation from Work Release to Home Confinement.[2]

It is my understanding that Governor Carney commuted your sentence on April 8, 2019[3] and imposed a transitional Level IV Work Release probationary period. Since you are currently on Level III probation, any decision this Court makes regarding your Level IV placement will have no effect. Therefore, the motion is **MOOT** and the Court takes no further action on this motion.

---

[1] State's Response to Motion for Reduction of Sentence, *State of Delaware v. Bernard Woods*, Crim. ID No. 0708031045, D.I. 115 (July 25, 2019).

[2] Letter from Bernard Woods, *State of Delaware v. Bernard Woods*, Crim. ID No. 0708031045, D.I. 116 (Sept. 03, 2019).

[3] Commutation of Sentence Order by Governor John C. Carney, *State of Delaware v. Bernard Woods*, Crim. ID No. 0708031045, D.I. 111 (Apr. 08, 2019).

The Court wishes you luck with the remainder of your probation.

Sincerely,

Judge Vivian L. Medinilla

cc:    Stephen Welch, Jr., Esquire
       Gregory E. Smith, Esquire